FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 FEB 13 AM 10: 04

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08MJ3050-DLP |
| | ) | |
| vs. | ) | |
| | ) | |
| ALVARO CRUZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Complaint filed in this matter is dismissed without prejudice.

DATED this 13th day of February, 2008.

BY THE COURT:

DAVID L. PIESTER
United States Magistrate Judge